# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00208-CV

## In re April Caudillo

---

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

---

## O R D E R

**PER CURIAM**

Relator April Caudillo has filed a petition for writ of mandamus and a motion for emergency stay. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion in part and temporarily stay all proceedings in the trial court, pending further order of this Court. *See id*. 52.10(b). All other relief requested in the motion is denied, including relator's requests that we stay all prior trial-court orders and grant her the immediate superior right to possession of the child. The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before April 15, 2019.

It is ordered on April 4, 2019.

Before Chief Justice Rose, Justices Kelly and Smith